IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDERAMAN OUMAR YAIDE,<br><br>Plaintiff,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>Defendants. | Case No. 19-cv-07874-CRB<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING COMPLIANCE WITH THE TEMPORARY RESTRAINING ORDER |

The Court is in receipt of the Government's Notice Regarding Defendants' Compliance with the Court's Order (dkt. 23). The Court appreciates both the Government's ongoing efforts to comply with the Temporary Restraining Order (dkt. 20) and the Government's practical concerns regarding compliance with the timeline set out in the TRO. Because it appears that it is not possible to return Abderaman Oumar Yaide to the United States within the two-week time period directed in the TRO, the Government's compliance with that timeline is excused. The Government is also excused from compliance with the TRO's requirement that Yaide's counsel be allowed to meet him on arrival and accompany him through immigration and customs processing. The Government is directed to confer with Yaide's counsel to formulate a mutually agreeable plan to return Yaide to the United States as soon as practically possible. On or before January 8, 2020, the parties shall provide the Court with a status update regarding their efforts to return Yaide to the United States.

**IT IS SO ORDERED.**

Dated: December 23, 2019

CHARLES R. BREYER
United States District Judge