IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDERAMAN OUMAR YAIDE,<br><br>Plaintiff,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>Defendants. | Case No. 19-cv-07874-CRB<br><br>**ORDER DIRECTING RESPONDENTS TO APPEAR** |

On December 18, 2019, the Court ordered Respondents to return Abderaman Oumar Yaide to the United States from Chad. See generally Temporary Restraining Order (dkt. 20). Respondents have not appealed that order or requested reconsideration, but they also have yet to comply with the Court's direction that Yaide be returned to the United States. Government counsel has been unable to satisfactorily explain this delay in compliance. This inability is understandable. Government counsel is in the difficult position of relaying Respondents' explanations to the Court second hand. Therefore, the Department of Homeland Security is directed to send a suitable representative to the status conference scheduled for February 14, 2020. The Department's representative should be familiar with the efforts to return Yaide to the United States and capable of answering the Court's questions regarding the troubling delay in compliance with the temporary restraining order.

**IT IS SO ORDERED.**

Dated: February 7, 2020

CHARLES R. BREYER
United States District Judge